# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1523
LT Case No. 09-1995-CF-645-A

_____

BRIAN KEITH BATTLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Brian Keith Battle, Zephyrhills, pro se.

No Appearance by Appellee.

September 29, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____